**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHON RYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-12707 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| THE UNIVERSITY OF CHICAGO | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to the pleadings | June 06, 2025 |
| Service of process on any "John Does" | June 06, 2025 |
| Completion of Fact Discovery | October 03, 2025 |
| Disclosure of Plaintiff's Expert Report(s) | The Parties do not anticipate expert discovery at this time |
| Deposition of Plaintiff's Expert | The Parties do not anticipate expert discovery at this time |
| Disclosure of Defendant's Expert Report(s) | The Parties do not anticipate expert discovery at this time |
| Deposition of Defendant's Expert | The Parties do not anticipate expert discovery at this time |
| Dispositive Motions | November 7, 2026 |

Date: May 14, 2025

_____

Steven C. Seeger
United States District Judge